

# Rakoski & Associates, LLC.

Michael Rakoski, Esquire
46 S. Maple Avenue, 2nd Floor, Marlton, New Jersey 08053
Telephone: (856) 988-0500
Facsimile: (856) 988-1166
mrakoski@rakoskilaw.com



January 27, 2021

**Via Email: njdnef_williams@njd.uscourts.gov**
**Via Fax: 856-757-6846**
Hon. Karen M. Williams, U.S.M.J.
Mitchell H. Cohen U.S. Courthouse
Room 2040
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ  08107

      RE:   John Murphy vs. Township of Deptford, et al
             Civil Action No: 1:20-CV-12228-RBK-KMW

Dear Judge Williams:

    I represent the Plaintiff, John Murphy, in the above action. I am pleased to advise the Court that the above matter has been amicably settled by and between the parties and that closing documents will be filed within thirty (30) days. Plaintiff is an over the road trucker and it is difficult to get him in at times to execute the release; however, he gave authority to resolve the matter for the offer tendered by the Defendants and I have accordingly resolved the matter overall.

    This obviously eliminates the necessity for the conference among counsel and Your Honor presently scheduled for Thursday, January 28, 2021.

                                          Respectfully submitted,

                                          RAKOSKI & ASSOCIATES, LLC

                                          By: _____
                                                  MICHAEL RAKOSKI, ESQ.

MR/th
Cc:  John Grady, Esq.
       Patrick J. Madden, Esq.